Jeffery A. Briggs, Esq.
Law Offices of Jeffery A. Briggs
California State Bar No. 211227
200 South Virginia St., 8th Floor
Reno, NV 89501
(775) 786-1555
(775) 686-2401 (fax)
Attorney for Plaintiff, C. JEFFERY EVANS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. JEFFERY EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>Y'S FRIES, INC., and DOES ONE through FIFTY, inclusive,<br><br>    Defendant. | Case No. 2:10-CV-02297-FCD-DAD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANTS MOTION FOR SUMMARY JUDGMENT |

STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION FOR

SUMMARY JUDGMENT

COMES NOW, the parties in the above-entitled action, by and through counsel as designated below with this STIPULATION to continue the hearing date for the Defendant's Motion for Summary Judgment currently set for Friday, April 29, 2011.  The parties do hereby stipulate to move the hearing date to Friday, May 13, 2011.


Dated:         April 21, 2011                    _____/s/_____
                                                 Jeffery A. Briggs, Attorney for Plaintiff,
                                                 C. JEFFERY EVANS

STIPULATION AND ORDER                                                                    1

1 | Dated:     April 21, 2011            _____/s/_____
2 |                                       Jacob D. Flesher, Attorney for Defendant,
  |                                       Y'S FRIES INC.

3

4 |      The parties having so stipulated it is hereby ordered that the hearing date on the Motion for Summary Judgment be re-set for Friday, May 13, 2011.

5

6 | Dated:     April 27, 2011

7 |                                       _____
8 |                                       FRANK C. DAMRELL, JR.
  |                                       UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                                                          2