Jeffery A. Briggs, Esq.
Law Offices of Jeffery A. Briggs
California State Bar No. 211227
200 South Virginia St., 8th Floor
Reno, NV 89501
(775) 786-1555
(775) 201-1532 (fax)
Attorney for Plaintiff, C. JEFFERY EVANS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C. JEFFERY EVANS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Y'S FRIES, INC., and DOES ONE through FIFTY, inclusive,<br><br>　　　　Defendant. | Case No. 2:10-CV-02297-FCD-DAD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANTS MOTION FOR ATTORNEY'S FEES |

<u>STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION FOR ATTORNEY'S FEES</u>

COMES NOW, the parties in the above-entitled action, by and through counsel as designated below with this STIPULATION to continue the hearing date for the Defendant's Motion for Attorney's Fees currently set for Friday, June 24, 2011. The parties do hereby stipulate to move the hearing date to Friday, July 22, 2011. As such Plaintiff's Opposition must be filed by July 15, 2011. Any Reply to Plaintiff's Opposition must be filed by July 22, 2011.

Dated:　　　June 10, 2011　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Jeffery A. Briggs, Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　C. JEFFERY EVANS


Dated:　　　June 10, 2011　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Jacob D. Flesher, Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　Y'S FRIES INC.

STIPULATION AND ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

The parties having so stipulated it is hereby ordered that the hearing date on the Motion for Summary Judgment be re-set for Friday, July 22, 2011.  Plaintiff's Opposition must be filed by July 15, 2011.  Any Reply to Plaintiff's Opposition must be filed by July 22, 2011.

Dated:  June 10, 2011

                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE