UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. JEFFERY EVANS, | NO. 2:10-cv-2297 FCD DAD |
| Plaintiff, | |
| v. | **ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS** |
| Y'S FRIES, INC., | |
| Defendant. | |

----oo0oo----

1. The hearing on Defendant's Motion for Attorney's Fees (Docket No. 26) is continued to August 19, 2011, at 10:00 a.m. Plaintiff shall file and serve his opposition brief or notice of non-opposition no later than August 5, 2011. Defendant may file and serve a reply on or before August 12, 2011.

2. Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 230(c).

3. Plaintiff's counsel shall file his response to the order to show cause on or before August 5, 2011.

///

4. A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: July 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2